**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ROBERT HYDE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 1:17-cv-03216-MKD<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405 (g)<br><br>ECF No. 10 |

　　　Pursuant to the parties' Consent to Proceed Before a Magistrate Judge, ECF No. 3, and upon consideration of the Stipulated Motion for Remand, ECF No. 10,

**IT IS HEREBY ORDERED:**

　　　1. The parties' Stipulated Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), **ECF No 10**, is **GRANTED**.

　　　2. This matter is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g) for consideration of additional evidence and a new hearing as stated in this Order and the Stipulation.

　　　ORDER - 1

3. On remand, the Appeals Council will direct an Administrative Law Judge (ALJ) to consider the additional evidence, namely a medical report of Elizabeth Grose, ARNP, of the Yakima VA Clinic; and to provide Plaintiff with an opportunity to submit additional evidence and for a hearing before the ALJ.

4. This Court will maintain jurisdiction over the case as requested by the parties. If a fully favorable decision is not issued by the Agency after the remand under sentence six of 42 U.S.C. § 405(g), Plaintiff may seek judicial review by reinstating this case rather than by filing a new Complaint.

5. The Commissioner is directed to return to this Court following completion of the administrative proceedings on remand so that the Court may complete any necessary proceedings and enter a final judgment or dismissal.

6. The parties are directed to file Joint Status Reports commencing May 28, 2018, and continuing every 90 days thereafter.

DATED this February 28, 2018.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2